United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Darrell K. Wilson, Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 17–20521-Civ-Scola |
| | ) | |
| Seth Heller, Defendant. | ) | |

**Order Denying Plaintiff's Second Emergency Motion Requesting Recusal**

This matter is before the Court on Darrell K. Wilson's Second Request and Emergency Motion Judge Robert N. Scola Recuse Himself Pursuant to 28 U.S Code ss 455 (ECF No. 23.) 28 U.S.C. § 455(a) requires a judge to "disqualify himself in any proceeding in which his impartiality might reasonably be questioned," and § 455(b) requires recusal in certain specifically enumerated circumstances. Wilson again appears to invoke §§ 455(a) and (b)(1), asserting that the undersigned is impartial because he is racist and/or has a personal bias or prejudice, and § 455(b), asserting that the undersigned is affiliated or associated with Judge Gorge Cueto [sic], Defendant Heller and several attorneys connected with this matter.

Wilson's motion repeats the same arguments and allegations made in his first motion for recusal (ECF No. 20), with the exception that he now alleges that a conflict of interest exists because the undersigned previously worked with Judge Cueto at the State Attorney's Office. The fact that the undersigned may have previously worked with Judge Cueto does not require recusal pursuant to 28 U.S.C. § 455, nor does the undersigned believe that a conflict of interest exists.

After considering the motion, the record, and the relevant legal authorities, the Court **denies** the second motion for recusal (ECF No. 23).

**Done and ordered** in chambers at Miami, Florida on April 12, 2017.

_____
Robert N. Scola, Jr.
United States District Judge